IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION, | § |
| | §   CASE NO. 2:23-cv-00349-JRG |
| Plaintiff, | § |
| | § |
| v. | §   **JURY TRIAL DEMANDED** |
| | § |
| REPAY HOLDINGS CORPORATION, ET AL. | § |
| | § |
| | § |
| Defendants. | § |

## UNOPPOSED MOTION TO EXTEND DEADLINES

Plaintiff, Autoscribe Corporation ("Plaintiff"), files this motion to extend the deadlines for Plaintiff to serve its infringement contentions, Defendants to serve their invalidity and subject matter eligibility contentions, and Comply with Initial and Additional Disclosures. Currently, infringement contentions are due on November 20, 2023, and invalidity and subject matter eligibility contentions are due on January 15, 2024.

Plaintiff asks for a brief extension of the deadline to comply with Local Rule P.R. 3-1 and 3-2 from November 20 to December 11, and in order to accommodate that extension, Plaintiff also requests an extension for Defendants of the deadlines to comply with Local Rule P.R. 3-3 and 3-4 and the Standing Order Regarding Subject Matter Invalidity Contentions, from January 15, 2024 to February 5, 2024.

In recognition of the deadline falling the day after Christmas, Plaintiff also asks for an extension of the deadline to comply with initial and additional disclosures from December 26, 2023, to January 16, 2024.

Plaintiff does not anticipate these extensions to affect any expected deadlines in this case. Further, Plaintiff conferred with Defendants, which have agreed to Plaintiff's request.

| | |
|---|---|
| Dated: November 15, 2023 | Respectfully submitted, |

<u>/s/ *Jason McManis by permission Andrea L. Fair*</u>
Jason McManis
State Bar No.: 24088032
Colin Phillips
State Bar No.: 24105937
Chun Deng
State Bar No.: 24133178
Angela Peterson
State Bar No.: 24137111
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
apeterson@azalaw.com

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 14th day of November, 2023.

/s/ *Andrea L. Fair*
Andrea L. Fair

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

/s/ *Andrea L. Fair*
Andrea L. Fair