**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION, | § | |
| | § | CASE NO. 2:23-cv-00349-JRG |
| Plaintiff, | § | |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| REPAY HOLDINGS CORPORATION, | § | |
| ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES**

Before the Court is Plaintiff's Unopposed Motion to Extend Deadlines for Plaintiff to serve its infringement contentions, Defendants to serve their invalidity and subject matter eligibility contentions, and Comply with Initial and Additional Disclosures. Having considered the Motion, the Court GRANTS the motion and ORDERS that the deadline to comply with Local Rule P.R. 3-1 and 3-2 is extended to December 11, the deadline to comply with Local Rule P.R. 3-3 and 3-4 and the Standing Order Regarding Subject Matter Invalidity Contentions is extended to February 5, 2024, and the deadline to comply with Initial and Additional Disclosures is extended to January 16, 2024.

**So ORDERED and SIGNED this ____ day of _____, 2023.**

_____
Hon. Judge Rodney Gilstrap