# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION <br><br> v. <br><br> REPAY HOLDINGS CORPORATION, et al. | § § § § § § § | Case No. 2:23-cv-0349-JRG <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| AUTOSCRIBE CORPORATION <br><br> v. <br><br> FORTIS PAYMENT SYSTEMS, LLC | § § § § § § § § | Case No. 2:23-cv-0364-JRG <br> (Member Case) |

## UNOPPOSED MOTION FOR LEAVE TO FILE JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER PAST DEADLINE

Plaintiff Autoscribe Corporation hereby moves the court for leave to file the Parties' Joint Motion for Entry of Agreed Discovery Order one day past the December 18, 2023 deadline.

As per the Court's Order (Dkt. 25) the deadline to file the Joint Proposed Discovery Order was December 18, 2023. All Parties reached agreement on an Agreed Discovery Order on December 18, 2023, and were prepared to comply with the Court's deadline. Due to a technical failure with the PACER portal, Plaintiff was unable to file on December 18, 2023.

Accordingly, pursuant to Local Rule CV-5(10), Plaintiff hereby seeks leave to file the parties Joint Motion for Entry of Agreed Discovery Order one day past the deadline, on December 19, 2023. This will not affect any other deadlines in this case.

Pursuant to Local Rule CV-7(k), the Parties Joint Motion for Entry of Agreed Discovery Order will be filed immediately after this Motion.

| | |
|---|---|
| Dated: December 19, 2023 | Respectfully submitted, |
| | /s/ Jason McManis |
| | Jason McManis (SBN# 24088032) |
| | Colin Phillips (SBN# 24105937) |
| | Chun Deng (SBN# 24133178) |
| | Angela Peterson (SBN# 24137111) |
| | Ahmad, Zavitsanos & Mensing, PLLC |
| | 1221 McKinney Street, Suite 2500 |
| | Houston, Texas 77010 |
| | (713) 655-1101 |
| | jmcmanis@azalaw.com |
| | cphillips@azalaw.com |
| | cdeng@azalaw.com |
| | apeterson@azalaw.com |
| | |
| | Andrea L. Fair (SBN# 24078488) |
| | Ward, Smith, & Hill, PLLC |
| | 1507 Bill Owens Parkway |
| | Longview, Texas 75604 |
| | (903) 757-6400 |
| | (903) 757-2323 (fax) |
| | andrea@wsfirm.com |
| | |
| | ***Attorneys for Autoscribe Corporation*** |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on December 19, 2023. As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

                                         */s/ Jason McManis*
                                         Jason McManis

## **CERTIFICATE OF CONFERENCE**

      The undersigned hereby certifies pursuant to Local Rule CV-7 that the parties conferred on December 19, 2023 and the relief requested in this motion is unopposed.

                                         */s/ Jason McManis*
                                         Jason McManis