IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION,<br><br>v.<br><br>REPAY HOLDINGS CORPORATION, REPAY HOLDINGS, LLC, M&A VENTURES, LLC. | § § § § § § § § § | Civil Action No. 2:23-CV-00349-JRG<br><br>(Lead Case) |

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION,<br><br>v.<br><br>FORTIS PAYMENT SYSTEMS, LLC. | § § § § § § § | Civil Action No. 2:23-CV-0364-JRG<br><br>(Member Case) |

## ORDER

Before the Court is the Joint Motion for Supplemental Briefing Schedule as to M&A Ventures, LLC (the "Joint Motion") filed by Plaintiff Autoscribe Corporation ("Plaintiff") and Defendants Repay Holdings Corporation, Repay Holdings, LLC (together, "Repay"), and M&A Ventures, LLC ("M&A Ventures"). (Dkt. No. 57). In the Joint Motion, Plaintiff, Repay, and M&A Ventures seek to enter a supplemental briefing schedule to allow M&A Ventures to join Repay's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer (Dkt. No. 15) ("Repay's Motion to Dismiss"). (Dkt. No. 57 at 1). In the Joint Motion, the parties have provided an agreed upon proposed briefing schedule. (*Id.*).

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that the briefing schedule as to the dismissal and/or transfer of

Defendant M&A Ventures shall be submitted in accordance with the agreements set forth in the Joint Motion (Dkt. No. 57 at 1-2) as follows:

1. M&A Ventures will file a Supplemental Motion to Dismiss and/or Motion to Transfer on or before February 9, 2024. This Supplemental Motion will introduce new arguments and evidence as to M&A Ventures, only, and may rely on and incorporate prior argument and evidence as necessary from Repay's Motion to Dismiss and related briefing;

2. Plaintiff will file a Supplemental Response to any motion filed by M&A Ventures on or before February 23, 2024. This Supplemental Response will introduce new arguments and evidence as to M&A Ventures, only, and may rely on and incorporate prior argument and evidence as necessary from Repay's Motion to Dismiss and related briefing; and

3. Neither M&A Ventures nor Plaintiff shall file any reply or surreply.

**So Ordered this**

**Feb 6, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE