# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 2:23-CV-00349-JRG |
| | § | |
| v. | § | |
| | § | |
| Repay Holdings Corporation, Repay | § | |
| Holdings, LLC, and M&A Ventures, LLC | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS REPAY HOLDINGS CORPORATION AND REPAY HOLDINGS, LLC

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Autoscribe Corporation ("Autoscribe") and Defendants Repay Holdings Corporation and Repay Holdings LLC, through their respective undersigned counsel, that the above-entitled action against only Repay Holdings Corporation and Repay Holdings LLC be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1), without prejudice, and with each party to bear its own attorney's fees and costs. Defendant M&A Ventures, LLC remains a defendant in the action.

Accordingly, Autoscribe requests that the Court enters the attached proposed order dismissing Repay Holdings Corporation and Repay Holdings, LLC without prejudice.

Respectfully submitted,

*/s/ Jason McManis*

Jason McManis
State Bar No.: 24088032
Colin Phillips
State Bar No.: 24105937
Chun Deng
State Bar No.: 24133178
Michael Killingsworth
State Bar No.: 24110089
Angela Peterson
State Bar No.:  24137111
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
apeterson@azalaw.com
mkillingsworth@azalaw.com

Andrea L. Fair
State Bar No.: 24078488
Ward, Smith, & Hill, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
(903) 757-2323 (fax)
andrea@wsfirm.com

***Attorneys for Autoscribe Corporation***

Respectfully submitted,

*/s/ David H. Harper*

David H. Harper
Texas Bar No. 09025540
david.harper@haynesboone.com
Stephanie N. Sivinski
Texas Bar No. 24075080
stephanie.sivinski@haynesboone.com
Marron E. Frith
TX Bar No. 24137884
marron.frith@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street
Suite 2300
Dallas, Texas 75201
(214) 651-5000 (telephone)
(214) 200-0615 (fax

***Attorneys for Repay Holdings
Corporation and Repay Holdings, LLC***

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), I certify that the parties have met and conferred and that this STIPULATED DISMISSAL WITHOUT PREJUDICE is agreed upon and unopposed.

*/s/ Jason McManis*
Jason McManis

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Stipulated Dismissal Without Prejudice has been forwarded via CM/ECF to all counsel of record on July 16, 2024.

*/s/ Jason McManis*
Jason McManis