IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:23-CV-00349-JRG |
| M&A VENTURES, LLC. | § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the Joint Motion to Extend the P.R. 4-3 Joint Construction Statement Deadline to August 2, 2024 (the "Joint Motion") filed by Plaintiff Autoscribe Corporation and Defendant M&A Ventures, LLC (collectively, the "Parties"). (Dkt. No. 95). In the Joint Motion, the Parties request an extension of time to comply with the P.R. 4-3 (Joint Claim Construction Statement) deadline. (*Id.* at 1). The requested extension would move the deadline for the Parties to comply with P.R. 4-3 from July 29, 2024 up to and including August 2, 2024. (*Id*).

Having considered the Joint Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for the Parties to comply with P.R. 4-3 is **extended** up to and including August 2, 2024.

**So ORDERED and SIGNED this 29th day of July, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE