# Exhibit A: Disputed Claim Terms and Evidence

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Repay's proposed construction and supporting evidence[2] |
|---|---|---|
| "sensitive financial account information" (Claims 1, 8, 15, 23, 25, and other dependent claims) | Plain and ordinary meaning<br><br>Intrinsic evidence:<br>• '621 Patent, including at: (57), 1:18–20, 1:24–29, 1:52–55, 1:63–65, 2:1–7, 2:35–39, 2:55–57, 3:6–15, 7:8–12, 7:35–37, 8:1–14, 8:37–43, 9:5–11, 10:58–60, 10:63–66, 11:6–7, 13:4–9; Claims 1–4, 7–11, 14–17, 22–25, 27; Figs. 4a–4l<br>• Prosecution history, including at ASC000451–684<br><br>Extrinsic evidence:<br>• Ex. A (www.merriam-webster.com) (including at "sensitive")<br>• Ex. B (PCI DSS 2010 ver.) (including at pp. 7-8, 28-34)<br>• Ex. C (PCI Security Standards Council Glossary) (including at "Account Data," "Cardholder Data (CHD)," "PAN," "Sensitive Authentication Data," and "Truncation")<br>• Ex. E (NACHA Operating Rules) | Indefinite; alternatively,<br><br>"financial account information whose storage requires compliance with one or more information security standards"<br><br>**Intrinsic Evidence**<br>'621 Patent, including at 1:52-2:3, 2:35-45, 2:55-57, 6:5-9, 8:2-14<br><br>Prosecution History of U.S. Patent No. 11,620,621,[3] including at ASC000207- ASC000211, ASC000216-ASC000219, ASC000463-ASC000486<br><br>**Extrinsic Evidence**<br><br>Expert Testimony of Dr. Michael Shamos |

**EXHIBIT A**

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Repay's proposed construction and supporting evidence[2] |
|---|---|---|
| "obtain[ing] the [second] payment amount<br><br>///<br><br>forward[ing] at least a portion of the [second] payment amount"<br><br>(Claims 1, 2, 8, 9, 15, 23, and 25) | "obtaining the payment amount and causing or requesting at least a portion of the payment amount to be sent, directed, or credited"<br><br>Intrinsic evidence:<br>• '621 Patent, including at:<br>   o (57), 3:4–6, 6:19–22, 9:12–19<br>   o Claims 1, 2, 8, 9, 15, 23, 25<br>   o Figs. 4a–4l<br>• Prosecution history, including at ASC000106–135, ASC000451–684 | "obtain[ing] the money required for the [second] payment"<br><br>///<br><br>"forward[ing] at least a portion of the money required for the [second] payment"<br><br>**Intrinsic Evidence**<br>'621 Patent, including at 2:64-3:3, 3:4-15, 7:1-12, 7:44-49, 7:50-8:15, 9:12-24, 10:51-11:3, Abstract, cls. 1, 2, 8, 9, 15, 23, and 25<br><br>Prosecution History of U.S. Patent No. 11,620,621, including at ASC000527- ASC000538, ASC000664 |

---

[1] Autoscribe reserves the right to rely on any evidence relied upon or produced by Repay, including testimony and/or declarations of one or more percipient or expert witnesses.

[2] Repay reserves the right to rely on any evidence relied upon or produced by Autoscribe, including testimony and/or declarations of one or more percipient or expert witnesses.

[3] All cites in this Exhibit to the Prosecution History of U.S. Patent No. 11,620,621 refer to the document produced as ASC000001-ASC000734.

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Repay's proposed construction and supporting evidence[2] |
|---|---|---|
| "authenticate[s] a payee"/ "authenticating the payee" (Claims 1, 8, 15, 23, and 25) | Plain and ordinary meaning<br><br>Intrinsic evidence:<br>• '621 Patent, including at:<br>  ○ (57), 1:55–59, 2:19–25, 3:6–15, 7:13–14, 7:53–55, 7:62–64, 9:19–21, 10:14–19. 10:30–35, 10:46–50, 13:4–9, 13:62–64, 14:1–12, 14:23–29, 14:63–15:5, 15:29–43<br>  ○ Claims 1, 8, 15, 23, 25<br>  ○ Figs. 4a–4l<br>• Prosecution history, including at ASC000279–449<br><br>Extrinsic evidence:<br>• Ex. A (including at "authenticate")<br>• Ex. B (including at p. 39)<br>• Ex. F (PCI Data Security Standard (PCI DSS) Information Supplement: PCI DSS Tokenization Guidelines (Version 2.0, August 2011)) (including at p. 10) | "verify[ies] the identity of the payee/verifying the identity of the payee"<br><br>**Intrinsic Evidence**<br>'621 Patent, including at 2:19-33, 7:13-25, 10:14-35, 11:52-60, 12:51-13:30, 13:55-14:12, Fig. 4f<br><br>Prosecution History of U.S. Patent No. 11,620,621, including at ASC000279-ASC000290<br><br>U.S. Patent Application No. 16/535,424 ('621 Patent Application), including at [0072], Fig. 4f<br><br>**Extrinsic Evidence**<br>"Authentication. In computers and communications, the process of verifying the legitimacy of a transmission, user, or system. Measures such as passwords and digital signatures are employed." Wiley Electrical and Electronics Engineering Dictionary (2004) at 298.<br><br>"Authentication. A process by which subjects, normally users, establish their identity to a system. This may be effected by the use of a password or possession of a physical device, e.g. a coded token." Dictionary of Computer Science (2016) at 32.<br><br>"authentication (n) ~ The process of verifying the identity of a user, computer, device, process, or other entity by validating the credentials provided by the entity. Common forms of credentials are digital signatures, smart cards, biometric data, and a combination of user names and passwords." Dictionary of Computer and Internet Terms Vol 1 (2016) at 45. |

| "function" (Claims 1, 8, 15, 23, and 25) | Plain and ordinary meaning<br><br>Intrinsic evidence:<br>- '621 Patent, including at:<br>  - 2:4–7, 3:25–27, 3:30–35, 4:21–24, 5:54–62, 6:43–47, 6:63–7:1, 8:52–9:5, 11:19–25, 11:26–42, 11:43–47, 11:60–61, 12:31–33, 13:18–22, 13:55–64, 14:60–62, 16:12–27<br>  - Claims 1, 8, 15, 23, 25<br>  - Figs. 3, 4a–4l<br>- Prosecution History, including at ASC000178, ASC000183, ASC000185, ASC000206–07, ASC000211–13, ASC000279–449, ASC000451–684<br><br>Extrinsic evidence:<br>- Ex. B (including at p.18)<br>- Ex. D (Microsoft Computer Dictionary, 5th Edition) (including at "function") | "block of code that operates as a single logical unit"<br><br>**Intrinsic Evidence**<br>'621 Patent, including at 5:54-6:4, 6:43-47, 6:63-7:13, 9:1-5, 11:43-47, 13:55-59, 14:58-62, 16:12-27<br><br>**Extrinsic Evidence**<br>"3. Within a computer program, a small group of instructions which perform a given task. Also called subroutine (2), routine (1), or procedure (2)." Wiley Electrical and Electronics Engineering Dictionary (2004) at 306.<br><br>"2. In computer programming, a function is a named block of instructions that is provided with one or more input values when it is invoked in a running program and which returns one or more values as output. Programming languages come with built-in functions such as functions to open a file, close a file, read characters from a file, and write characters to a file. User-defined functions are functions that programmers write the logic for. Functions make it easier for programmers to reuse code and write modular code." Newton's Telecom Dictionary (2018) at 557.<br><br>"2. (in computer programming) a subprogram that acts alike a mathematical function: given a particular set of argument values, the function returns a unique result." Dictionary of Computer and Internet Terms (2017) at 210.<br><br>"A piece of code that operates as a single logical unit. A function is called by name, accepts optional input parameters, and returns a status and optional output parameters. Many programming languages support functions." Dictionary of Computer and Internet Terms Vol 1 (2016) at 217. |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Repay's proposed construction and supporting evidence[2] |
|---|---|---|
| "perform[ing] each software process required to maintain compliance with one or more information security standards" (Claims 1, 8, and 25) | Plain and ordinary meaning<br><br>Intrinsic evidence:<br>• '621 Patent at:<br>  ○ 1:30–48, 1:59–2:3, 5:65–6:4, 7:8–12, 8:2–14, 10:51–57, 10:58–60<br>  ○ Claims 1, 8, 15, 23, 25<br>  ○ Figs. 4a–4l<br>• Prosecution history, including at ASC000279–449, ASC000467–68<br><br>Extrinsic evidence:<br>• Ex. A (including at "perform," "software," "required," "maintain," and "compliance")<br>• Ex. B (including at pp. 4-6)<br>• Ex. D (including at "process")<br>• Ex. E<br>• Ex. F<br>• Ex. I (Excerpts from www.dictionary.com) (including at "process")<br>• Ex. K (PCI Standard introduction) | Indefinite<br><br>**Intrinsic Evidence**<br>'621 Patent, including at 1:30-48, 1:59-66, 3:65-4:40, 5:24-6:4, 6:40-7:12, 10:51-11:3, 16:12-27<br><br>Prosecution History of U.S. Patent No. 11,620,621, including at ASC000206, ASC000218-ASC000219, ASC000280-ASC000281, ASC000291, ASC000293-ASC000294, ASC000298-ASC000304, ASC000307-ASC000311, ASC000314-ASC000388<br><br>**Extrinsic Evidence**<br><br>ASC001972, REPAY00000613, REPAY00003365<br><br>Expert Testimony of Dr. Michael Shamos |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Repay's proposed construction and supporting evidence[2] |
|---|---|---|
| "a representation of the non-sensitive electronic data token"<br><br>(Claims 2, 9, 15, and 23) | Plain and ordinary meaning<br><br>Intrinsic evidence:<br>- '621 Patent, including at:<br>  - Figures 3, 4c, 4e, 4j, 4k, 4l<br>  - 1:49-62; 2:51-3:15; 6:63-7:12; 7:26-49; 8:37-9:24; 10:46-11:3<br>  - Claims 1, 2, 3, 4, 8, 9, 15, 23, 25<br>- U.S. Provisional Pat. App. No. 61/655,482, including at: pp. 16-17, 21<br>- U.S. Provisional Pat. App. No. 61/698,574, including at: pp. 11-13, 17, 20<br><br>Extrinsic evidence:<br>- Ex. A (including at "representation" and synonyms of "representation")<br>- Ex. B (including at 7-8, 28-34)<br>- Ex. D (including at "token")<br>- Ex. F (including at 3)<br>- Ex. I (including at "representation") | Indefinite<br><br>**Intrinsic Evidence**<br>'621 Patent, including at 1:52-59, 2:64-3:15, 7:1-5, 7:44-49, 8:40-43, 8:52-9:11, 10:46-50, cls. 1, 9, 15, 23<br><br>Prosecution History of U.S. Patent No. 11,620,621, including at ASC000108-ASC000109, ASC000113-ASC000114, ASC000120, ASC000466-ASC000468<br><br>**Extrinsic Evidence**<br><br>"representation. 2. Something that represents, as: a. An image or likeness of something."<br>American Heritage Dictionary of the English Language (2018) at 1490.<br><br>"representation. 3 [c] something, for example a painting or sign, that shows or describes something else"<br>Longman Dictionary of American English (2014) at 947.<br><br>Expert Testimony of Dr. Michael Shamos |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Repay's proposed construction and supporting evidence[2] |
|---|---|---|
| "wherein the representation of the non-sensitive electronic data token is the non-sensitive electronic data token"<br><br>(Claims 3, 10, and 16) | Plain and ordinary meaning<br><br>Intrinsic evidence:<br>• '621 Patent, including at:<br>  ○ Figures 3, 4c, 4e, 4j, 4k, 4l<br>  ○ 1:49-62; 2:51-3:15; 6:63-7:12; 7:26-49; 8:37-9:24; 10:46-11:3<br>  ○ Claims 1, 2, 3, 4, 8, 9, 15, 23, 25<br>• '482 Provisional, including at: pp. 16-17, 21<br>• '574 Provisional, including at: pp. 11-13, 17, 20<br><br>Extrinsic evidence:<br>• Ex. A (including at "representation" and synonyms of "representation")<br>• Ex. B (including at 7-8, 28-34)<br>• Ex. D (including at "token")<br>• Ex. F (including at 3)<br>• Ex. I (including at "representation") | Indefinite<br><br>**Intrinsic Evidence**<br>'621 Patent, including at 1:52-59, 2:64-3:15, 7:1-5, 7:44-49, 8:40-43, 8:52-9:11, 10:46-50, cls. 1, 9, 15, 23<br><br>Prosecution History of U.S. Patent No. 11,620,621, including at ASC000108-ASC000109, ASC000113-ASC000114, ASC000120, ASC000466-ASC000468<br><br>**Extrinsic Evidence**<br><br>Expert Testimony of Dr. Michael Shamos |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Repay's proposed construction and supporting evidence[2] |
|---|---|---|
| "providing a non-sensitive data token to the merchant… without providing the non-sensitive data token to the payer"<br><br>(Claims 1, 8, and 25) | Plain and ordinary meaning<br><br>Intrinsic evidence:<br>- '621 Patent, including at:<br>  - Figures 3, 4c, 4e, 4l<br>  - 2:51-3:15; 7:1-12; 7:31-49; 8:37-51; 10:46-50; 11:19-47; 12:28-50; 13:31-54; 16:1-11.<br>  - Claims 1, 8, 25<br>- '482 Provisional, including at: pp. 17, 20-21, 38-40, 58<br><br>Extrinsic evidence:<br>- Ex. A ("execute")<br>- Ex. B<br>- Ex. D ("execute")<br>- Ex. J (Repay's IPR for the '621 Patent) (pp. 11-15, 63-67) | "during the token retrieval function, provide a non-sensitive data token to the merchant without providing the non-sensitive data token to the payer"<br><br>**Intrinsic Evidence**<br>'621 Patent, including at 2:51-3:15, 5:57-6:4, 6:63-7:8, 7:26-49, 8:26-8:51, 10:36-57, 12:28-50, 13:31-14:12, 16:1-11, Figs. 3, 4e, and 4l<br><br>Prosecution History of U.S. Patent No. 11,620,621, including at ASC000581- ASC000582<br><br>U.S. Patent Application No. 61/655,482, including at 21, 31-32 |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Repay's proposed construction and supporting evidence[2] |
|---|---|---|
| "receiving the non-sensitive electronic data token from the secure server, wherein…the secure server does not provide the non- sensitive electronic data token to the payer"<br><br>(Claims 15 and 23) | Plain and ordinary meaning<br><br>Intrinsic evidence:<br>- '621 Patent, including at:<br>  - Figures 3, 4c, 4e, 4l<br>  - 2:51-3:15; 7:1-12; 7:31-49; 8:37-51; 10:46-50; 11:19-47; 12:28-50; 13:31-54; 16:1-11.<br>  - Claims 15, 23<br>- '482 Provisional, including at pp. 17, 20-21, 38-40, 58<br><br>Extrinsic evidence:<br>- Ex. A ("initiate")<br>- Ex. B<br>- Ex. I ("initiate")<br>- Ex. J (pp. 15-17, 63-77, 88) | "during the token retrieval function, receiving a non-sensitive data token without the secure server providing the non-sensitive data token to the payer"<br><br>**Intrinsic Evidence**<br>'621 Patent, including at 2:51-3:15, 5:57-6:4, 6:63-7:8, 7:26-49, 8:26-51, 10:36-57, 12:28-50, 13:31-14:12, 16:1-11, Figs. 3, 4e, and 4l<br><br>Prosecution History of U.S. Patent No. 11,620,621, including at ASC000571-ASC000577 |

| Claim term | Autoscribe's proposed construction and supporting evidence[1] | Repay's proposed construction and supporting evidence[2] |
|---|---|---|
| "generating a uniform resource locator (url),… the url comprising either: a dynamic url generated by the secure server…; or a static url and a hypertext transport protocol (http) parameter…" (Claims 1, 8, and 25) | Plain and ordinary meaning<br><br>Intrinsic evidence:<br>• '621 Patent, including at:<br>  ○ Figures 4a, 4d, 4e<br>  ○ 11:19-47; 11:47-52; 12:51-13:54.<br>  ○ Claims 1, 8, 25<br>• '482 Provisional, including at p. 32<br>• '574 Provisional, including at p. 33<br><br>Extrinsic evidence:<br>• Ex. J (pp. 17-21, 45-46)<br>• Ex. M (Google Search Central Blog: Dynamic URL vs. Static URLs) | "providing a URL that is either: (1) a dynamic URL generated by secure server or (2) a static URL known to the merchant and a parameter"<br><br>**Intrinsic Evidence**<br>'621 Patent, including at 6:63-7:1, 11:19-34, 11:48-14:62, Figs. 4a, 4b, 4c, 4d, 4e, and 4g<br><br>U.S. Patent Application No. 61/655,482, including at 62 |