# 10 THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> M&A VENTURES, LLC § <br> Defendant. § <br> § <br> § | Case No. 2:23-cv-0349-JRG <br><br> JURY TRIAL DEMANDED |

**JOINT NOTICE OF REDACTION OF MEMORANDUM OPINION AND ORDER**

Plaintiff Autoscribe Corporation and Defendant M&A Ventures, LLC file this Joint Notice of Redaction of the Memorandum Opinion and Order filed on September 4, 2024 (Doc. 102) in the above-captioned case. The requested redacted version of the Memorandum Opinion and Order is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: September 10, 2024 | /s/  Marron E. Frith |
| | David H. Harper (Lead Counsel)<br>Texas Bar No. 09025540<br>david.harper@haynesboone.com<br>Stephanie N. Sivinski<br>Texas Bar No. 24075080<br>stephanie.sivinski@haynesboone.com<br>Marron E. Frith<br>TX Bar No. 24137884<br>marron.frith@haynesboone.com<br>Jamie Raju<br>TX Bar No. 24095717<br>jamie.jaju@haynesboone.com<br>HAYNES AND BOONE, LLP<br>2801 N. Harwood Street<br>Suite 2300<br>Dallas, Texas 75201<br>(214) 651-5000 (telephone)<br>(214) 200-0615 (fax)<br><br>**COUNSEL FOR DEFENDANT M&A VENTURES, LLC**<br><br>/s/   Angela Peterson<br><br>Jason McManis (SBN# 24088032)<br>Colin Phillips (SBN# 24105937)<br>Chun Deng (SBN# 24133178)<br>Angela Peterson (SBN# 24137111)<br>Ahmad, Zavitsanos & Mensing, PLLC<br>1221 McKinney Street, Suite 2500<br>Houston, Texas 77010<br>(713) 655-1101<br>jmcmanis@azalaw.com<br>cphillips@azalaw.com<br>cdeng@azalaw.com<br>apeterson@azalaw.com<br><br>**ATTORNEYS FOR AUTOSCRIBE CORPORATION** |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 10, 2024, a true and correct copy of the foregoing was served via electronic delivery to all counsel of record.

                                        /s/ *Marron E. Frith*
                                        Marron E. Frith