# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
## CIVIL DOCKET FOR CASE #: 2:23−cv−00349−JRG

| | |
|---|---|
| Autoscribe Corporation v. Repay Holdings Corporation et al | Date Filed: 07/27/2023 |
| Assigned to: District Judge Rodney Gilstrap | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Autoscribe Corporation**     represented by     **Jason Scott McManis**
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney St.
Suite 2500
Houston, TX 77010
713−655−1101
Fax: 713−655−0062
Email: jmcmanis@azalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea Leigh Fair**
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903−757−6400
Fax: 903−757−2323
Email: andrea@wsfirm.com
*ATTORNEY TO BE NOTICED*

**Angela Peterson**
Ahmad, Zavitsanos & Mensing PLLC
1221 McKinney St, 2500
Houston, TX 77010
713−655−1101
Email: apeterson@azalaw.com
*ATTORNEY TO BE NOTICED*

**Michael Alexander Killingsworth**
Ahmad, Zavitsanos & Mensing P.C.
1221 McKinney, Suite 2500
Houston, TX 77010
713−655−1101
Fax: 713−655−0062
Email: mkillingsworth@azalaw.com
*ATTORNEY TO BE NOTICED*

**Colin Phillips**
Ahmad, Zavitsanos & Mensing PLLC
1221 McKinney

Suite 2500
Houston, TX 77010
713−655−1101
Email: cphillips@azalaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Repay Holdings Corporation**<br>*TERMINATED: 07/18/2024* | represented by | **David H Harper**<br>Haynes and Boone, LLP<br>2801 N. Harwood Street<br>Ste 2300<br>Dallas, TX 75201<br>214−651−5247<br>Fax: 214−200−0463<br>Email: david.harper@haynesboone.com<br>*TERMINATED: 07/18/2024*<br>*LEAD ATTORNEY*<br><br>**Marron E Frith**<br>Haynes and Boone, LLP<br>Intellectual Property<br>2801 N. Harwood Street<br>Ste 2300<br>Dallas, TX 75201<br>214−651−5147<br>Email: marron.frith@haynesboone.com<br>*TERMINATED: 07/18/2024*<br><br>**Samuel Mark Drezdzon**<br>Haynes and Boone LLP<br>2801 N. Harwood Street<br>Suite 2300<br>Dallas, TX 75201<br>202−297−3440<br>Email: sdrezdzon@susmangodfrey.com<br>*TERMINATED: 01/29/2024*<br><br>**Stephanie Noelle Sivinski**<br>Haynes and Boone, LLP<br>2801 N. Harwood Street<br>Ste 2300<br>Dallas, TX 75201<br>214−651−5078<br>Fax: 214−200−0807<br>Email: stephanie.sivinski@haynesboone.com<br>*TERMINATED: 07/18/2024* |

**Defendant**

| | | |
|---|---|---|
| **Repay Holdings, LLC**<br>*TERMINATED: 07/18/2024* | represented by | **David H Harper**<br>(See above for address)<br>*TERMINATED: 07/18/2024* |

*LEAD ATTORNEY*

**Marron E Frith**
(See above for address)
*TERMINATED: 07/18/2024*

**Samuel Mark Drezdzon**
(See above for address)
*TERMINATED: 01/29/2024*

**Stephanie Noelle Sivinski**
(See above for address)
*TERMINATED: 07/18/2024*

**Defendant**

**M&A Ventures, LLC**        represented by  **David H Harper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Raju**
Haynes and Boone, LLP
2801 N. Harwood Street
Dallas, TX 75201
214−651−5030
Email: jamie.raju@haynesboone.com
*ATTORNEY TO BE NOTICED*

**Marron E Frith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie Noelle Sivinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Fortis Payment Systems, LLC**        represented by  **Clay Erik Hawes**
*Consolidated from 2:23−cv−364*               Morgan Lewis & Bockius, LLP – Houston
*TERMINATED: 05/06/2024*                      1000 Louisiana Street
Suite 4000
Houston, TX 77002
713−890−5165
Fax: 713−890−5001
Email: ehawes@morganlewis.com
*TERMINATED: 05/31/2024*

**Cullen Pick**
Morgan, Lewis & Bockius LLP
1000 Louisiana Street
Suite 4000

Houton, TX 77002
713−890−5470
Fax: 713−890−5001
Email: cullen.pick@morganlewis.com
*TERMINATED: 05/31/2024*

**Elizabeth Mooar Chiaviello**
Nixon Peabody LLP
Dallas
799 9th Street
Suite 500
Washington, DC 20001−5327
202−585−8000
Fax: 202−585−8080
Email: echiaviello@nixonpeabody.com
*TERMINATED: 05/31/2024*

**Robert Alton Ehrlich**
Morgan Lewis & Bockius, LLP – Houston
1000 Louisiana Street
Suite 4000
Houston, TX 77002
713−890−5198
Fax: 713−890−5001
Email: robert.ehrlich@morganlewis.com
*TERMINATED: 05/31/2024*

**Susan Kendall Stradley**
Morgan Lewis & Bockius, LLP – Houston
1000 Louisiana Street
Suite 4000
Houston, TX 77002
713−890−5151
Fax: 713−890−5001
Email: susan.stradley@morganlewis.com
*TERMINATED: 05/31/2024*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/27/2023 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number ATXEDC−9621873.), filed by Autoscribe Corporation. (Attachments: # 1 Civil Cover Sheet, # 2 Additional Attachment(s) Attachment to Civil Cover Sheet)(Phillips, Colin) (Entered: 07/27/2023) |
| 07/28/2023 | Ï | Case assigned to District Judge Rodney Gilstrap. (ch, ) (Entered: 07/28/2023) |
| 07/28/2023 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 07/28/2023) |
| 08/02/2023 | Ï 2 | SUMMONS Issued as to Repay Holdings Corporation, Repay Holdings, LLC. (Attachments: # 1 Additional Attachment(s))(ch, ) (Entered: 08/02/2023) |

| | | |
|---|---|---|
| 08/04/2023 | 3 | SUMMONS Returned Executed by Autoscribe Corporation. Repay Holdings Corporation served on 8/3/2023, answer due 8/24/2023. (Phillips, Colin) (Entered: 08/04/2023) |
| 08/04/2023 | 4 | SUMMONS Returned Executed by Autoscribe Corporation. Repay Holdings, LLC served on 8/3/2023, answer due 8/24/2023. (Phillips, Colin) (Entered: 08/04/2023) |
| 08/10/2023 | 5 | NOTICE of Attorney Appearance by Andrea Leigh Fair on behalf of Autoscribe Corporation (Fair, Andrea) (Entered: 08/10/2023) |
| 08/11/2023 | 6 | NOTICE of Attorney Appearance by Colin Phillips on behalf of Autoscribe Corporation (Phillips, Colin) (Entered: 08/11/2023) |
| 08/15/2023 | 7 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Phillips, Colin) (Entered: 08/15/2023) |
| 08/16/2023 | 8 | NOTICE of Attorney Appearance by Jason Scott McManis on behalf of All Plaintiffs (McManis, Jason) (Entered: 08/16/2023) |
| 08/18/2023 | 9 | Unopposed First Application for Extension of Time to Answer Complaint (McManis, Jason) (Entered: 08/18/2023) |
| 08/18/2023 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for Repay Holdings, LLC to 9/25/2023; Repay Holdings Corporation to 9/25/2023. 30 Days Granted for Deadline Extension.( ch, ) (Entered: 08/18/2023) |
| 09/20/2023 | 10 | Unopposed Second Application for Extension of Time to Answer Complaint ( McManis, Jason) (Entered: 09/20/2023) |
| 09/20/2023 | | Defendant's Unopposed SECOND Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for Repay Holdings, LLC to 10/10/2023; Repay Holdings Corporation to 10/10/2023. 15 Days Granted for Deadline Extension.( ch, ) (Entered: 09/20/2023) |
| 10/10/2023 | 11 | NOTICE of Attorney Appearance by David H Harper on behalf of All Defendants (Harper, David) (Entered: 10/10/2023) |
| 10/10/2023 | 12 | NOTICE of Attorney Appearance by Stephanie Noelle Sivinski on behalf of All Defendants (Sivinski, Stephanie) (Entered: 10/10/2023) |
| 10/10/2023 | 13 | NOTICE of Attorney Appearance by Marron E Frith on behalf of Repay Holdings Corporation, Repay Holdings, LLC (Frith, Marron) (Entered: 10/10/2023) |
| 10/10/2023 | 14 | UNOPPOSED MOTION to Seal Document by Repay Holdings Corporation, Repay Holdings, LLC. (Attachments: # 1 Proposed Order)(Harper, David) (Entered: 10/10/2023) |
| 10/10/2023 | 15 | SEALED MOTION *to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, to Transfer Venue* by Repay Holdings Corporation, Repay Holdings, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(Harper, David) (Entered: 10/10/2023) |
| 10/10/2023 | 16 | ANSWER to 1 Complaint, by Repay Holdings Corporation, Repay Holdings, LLC.(Harper, David) (Entered: 10/10/2023) |
| 10/10/2023 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 10/10/2023) |

| | | |
|---|---|---|
| 10/10/2023 | Ï 17 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by Repay Holdings Corporation, Repay Holdings, LLC (Harper, David) (Entered: 10/10/2023) |
| 10/11/2023 | Ï 18 | NOTICE of Attorney Appearance by Samuel Mark Drezdzon on behalf of Repay Holdings Corporation, Repay Holdings, LLC (Drezdzon, Samuel) (Entered: 10/11/2023) |
| 10/12/2023 | Ï 19 | ORDER granting 14 UNOPPOSED MOTION to Seal Document. Signed by District Judge Rodney Gilstrap on 10/12/2023. (ch, ) (Entered: 10/12/2023) |
| 10/17/2023 | Ï 20 | REDACTION to 15 SEALED MOTION *to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, to Transfer Venue* by Repay Holdings Corporation, Repay Holdings, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Harper, David) (Entered: 10/17/2023) |
| 10/17/2023 | Ï 21 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by Autoscribe Corporation (McManis, Jason) (Entered: 10/17/2023) |
| 10/18/2023 | Ï 22 | UNOPPOSED MOTION FOR LEAVE TO CONDUCT EXPEDITED JURISDICTIONAL DISCOVERY by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 10/18/2023) |
| 10/19/2023 | Ï 23 | ORDER granting 22 UNOPPOSED MOTION FOR LEAVE TO CONDUCT EXPEDITED JURISDICTIONAL DISCOVERY. Signed by District Judge Rodney Gilstrap on 10/19/2023. (ch, ) (Entered: 10/20/2023) |
| 10/23/2023 | Ï 24 | NOTICE of Attorney Appearance by Angela Peterson on behalf of All Plaintiffs (Peterson, Angela) (Entered: 10/23/2023) |
| 10/31/2023 | Ï 25 | SCHEDULING ORDER: Scheduling/Case Management Conference set for 12/4/2023 at 10:00 AM before District Judge Rodney Gilstrap.. Signed by Magistrate Judge Roy S. Payne on 10/31/2023. (ch, ) (Entered: 10/31/2023) |
| 11/15/2023 | Ï 26 | UNOPPOSED MOTION to Extend Deadlines by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Additional attachment(s) added on 11/16/2023: # 2 Revised Proposed Order) (nkl, ). (Entered: 11/15/2023) |
| 11/20/2023 | Ï 27 | ORDER− The Court ORDERS that the deadline for Plaintiff to comply with P.R. 3−1 and 3−2 is extended up to and including December 11, 2023. Signed by District Judge Rodney Gilstrap on 11/17/2023. (klc, ) (Entered: 11/20/2023) |
| 12/04/2023 | Ï | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Scheduling Conference/Case Management Conference held on 12/4/2023. Counsel for the parties appeared. Court asked whether they consented to trial before the U.S. Magistrate Judge. Court then gave counsel Claim Construction and Jury Selection/Trial dates. (Court Reporter Shawn McRoberts) (aeb) (Entered: 12/04/2023) |
| 12/18/2023 | Ï 28 | AGREED MOTION Entry of Docket Control Order and to Consolidate for Pretrial Purposes by Autoscribe Corporation. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(McManis, Jason) (Entered: 12/18/2023) |
| 12/19/2023 | Ï 29 | CONSOLIDATION ORDER granting in part 28 AGREED MOTION Entry of Docket Control Order and to Consolidate for Pretrial Purposes. Accordingly, the above−captioned cases are hereby ORDERED to be CONSOLIDATED for all pretrial issues with the LEAD CASE, Case No. 2:23−cv−00349. All parties are instructed to file any future filings in the LEAD CASE. Individual cases remain active for trial.. Signed by District Judge Rodney Gilstrap on 12/19/2023. (ch, ) (Entered: 12/19/2023) |
| 12/19/2023 | Ï 30 | |

| | | |
|---|---|---|
| | | UNOPPOSED MOTION FOR LEAVE TO FILE JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER PAST DEADLINE by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 12/19/2023) |
| 12/19/2023 | Ï 31 | ***FILED IN ERROR*** <br><br> Submission of Proposed Agreed Discovery order by Autoscribe Corporation . (Attachments: # 1 Exhibit)(McManis, Jason) Modified on 12/19/2023 (ch, ). (Entered: 12/19/2023) |
| 12/19/2023 | Ï 32 | JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 12/19/2023) |
| 12/19/2023 | Ï 33 | NOTICE of Attorney Appearance by Robert Alton Ehrlich on behalf of Fortis Payment Systems, LLC (Ehrlich, Robert) (Entered: 12/19/2023) |
| 12/20/2023 | Ï 34 | DOCKET CONTROL ORDER: Pretrial Conference set for 3/17/2025 at 09:00 AM before District Judge Rodney Gilstrap., Jury Selection set for 4/21/2025 at 09:00AM before District Judge Rodney Gilstrap., Markman Hearing set for 10/21/2024 at 09:00 AM before District Judge Rodney Gilstrap.). Signed by District Judge Rodney Gilstrap on 12/20/2023. (ch, ) (Entered: 12/20/2023) |
| 12/20/2023 | Ï 35 | DISCOVERY ORDER 32 JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER. Signed by District Judge Rodney Gilstrap on 12/20/2023. (ch, ) (Entered: 12/20/2023) |
| 01/08/2024 | Ï 36 | AMENDED COMPLAINT against Repay Holdings Corporation, Repay Holdings, LLC, M&A Ventures, LLC, filed by Autoscribe Corporation.(McManis, Jason) (Entered: 01/08/2024) |
| 01/08/2024 | Ï 37 | UNOPPOSED MOTION to Seal by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 01/08/2024) |
| 01/08/2024 | Ï 38 | SEALED RESPONSE IN OPPOSITION to Motion re 15 SEALED MOTION *to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, to Transfer Venue* filed by Autoscribe Corporation. (Attachments: # 1 Affidavit/Declaration DECLARATION OF ANGELA PETERSON, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 26 Exhibit Y, # 27 Exhibit Z, # 28 Proposed Order)(McManis, Jason) (Entered: 01/08/2024) |
| 01/09/2024 | Ï 39 | ORDER granting 37 Unopposed Motion for Leave to File Under Seal. Signed by District Judge Rodney Gilstrap on 1/9/2024. (ch, ) (Entered: 01/09/2024) |
| 01/16/2024 | Ï 40 | AGREED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 01/16/2024) |
| 01/16/2024 | Ï 41 | NOTICE *OF SERVICE OF MANDATORY DISCLOSURES* by Autoscribe Corporation (McManis, Jason) (Entered: 01/16/2024) |
| 01/16/2024 | Ï 42 | NOTICE OF COMPLIANCE by Fortis Payment Systems, LLC *Defendant Fortis Payment Systems, LLC's Notice of Compliance re Service of Initial Disclosures* (Hawes, Clay) (Entered: 01/16/2024) |
| 01/17/2024 | Ï 43 | NOTICE *of Service of Mandatory Disclosures* by Repay Holdings Corporation, Repay Holdings, LLC (Harper, David) (Entered: 01/17/2024) |
| 01/17/2024 | Ï 44 | PROTECTIVE ORDER granting 40 AGREED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER. Signed by District Judge Rodney Gilstrap on 1/17/2024. (ch, ) (Entered: 01/18/2024) |

| | | |
|---|---|---|
| 01/22/2024 | Ï 45 | ***FILED IN ERROR***<br><br>SEALED REPLY to Response to Motion re 15 SEALED MOTION *to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, to Transfer Venue* filed by Repay Holdings Corporation, Repay Holdings, LLC. (Attachments: # 1 Proposed Order, # 2 Repay Reply ISO Their Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer Venue, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E)(Harper, David) Modified on 1/22/2024 (ch, ). (Entered: 01/22/2024) |
| 01/22/2024 | Ï 46 | ANSWER to 36 Amended Complaint *for Patent Infringement* by Repay Holdings Corporation, Repay Holdings, LLC.(Harper, David) (Entered: 01/22/2024) |
| 01/22/2024 | Ï 47 | UNOPPOSED SEALED MOTION *for Leave to File Under Seal* by Repay Holdings Corporation, Repay Holdings, LLC. (Attachments: # 1 Proposed Order, # 2 Repay Reply ISO Their Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer Venue, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E)(Harper, David) (Entered: 01/22/2024) |
| 01/23/2024 | Ï 48 | ORDER granting 47 UNOPPOSED SEALED MOTION for Leave to File Under Seal. Signed by District Judge Rodney Gilstrap on 1/23/2024. (ch, ) (Entered: 01/24/2024) |
| 01/26/2024 | Ï 49 | UNOPPOSED MOTION to Withdraw as Attorney *(Samuel Drezdzon)* by Repay Holdings Corporation, Repay Holdings, LLC. (Attachments: # 1 Proposed Order)(Harper, David) (Entered: 01/26/2024) |
| 01/29/2024 | Ï 50 | REDACTION to 47 UNOPPOSED SEALED MOTION *for Leave to File Under Seal Repay's Reply In Support of Their Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, to Transfer Venue* by Repay Holdings Corporation, Repay Holdings, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Harper, David) (Entered: 01/29/2024) |
| 01/29/2024 | Ï 51 | UNOPPOSED MOTION to Seal by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 01/29/2024) |
| 01/29/2024 | Ï 52 | ***FILED IN ERROR REFILED AT #54***<br><br>SEALED SUR−REPLY in Support of Opposition to Defendants' Motion to Dismiss filed by Autoscribe Corporation. (McManis, Jason) Modified on 1/30/2024 (ch, ). (Entered: 01/29/2024) |
| 01/29/2024 | Ï 53 | ORDER granting 49 Motion to Withdraw as Attorney. Attorney Samuel Mark Drezdzon terminated. Signed by District Judge Rodney Gilstrap on 1/29/2024. (ch, ) (Entered: 01/30/2024) |
| 01/30/2024 | Ï | Clerk's LR CV−10(d) Notice of Deficiency as to − LR CV−5(a)(7) or CR−49(a) requires this document to include a statement after the certificate of service that certifies that a motion to seal has been filed or authorization to seal has been obtained. Recommended cure: Within one day, Filer must refile with the word *Corrected* in the title of the document. The filer should use the same ECF event and when offered the docket text enhancement dropdown, select CORRECTED so it will also appear in the docket text. (ch, ) (Entered: 01/30/2024) |
| 01/30/2024 | Ï 54 | CORRECTED SEALED SUR−REPLY in Support of Opposition to Defendants' Motion to Dismiss filed by Autoscribe Corporation. (McManis, Jason) (Entered: 01/30/2024) |
| 01/30/2024 | Ï 55 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re M&A Ventures, LLC.( Harper, David) (Entered: 01/30/2024) |
| 01/30/2024 | Ï | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV−12 for M&A Ventures, LLC to 2/9/2024. 8 Days Granted for Deadline |

| | | |
|---|---|---|
| | | Extension.( ch, ) (Entered: 01/30/2024) |
| 01/30/2024 | Ï 56 | ORDER granting 51 Motion for Leave to file Under Seal. Signed by District Judge Rodney Gilstrap on 1/30/2024. (ch, ) (Entered: 01/31/2024) |
| 01/31/2024 | Ï 57 | JOINT MOTION FOR SUPPLEMENTAL BRIEFING SCHEDULE AS TO M&A VENTURES, LLC by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 01/31/2024) |
| 02/06/2024 | Ï 58 | NOTICE OF COMPLIANCE by Repay Holdings Corporation, Repay Holdings, LLC *with P.R. 3−3 & 3−4* (Harper, David) (Entered: 02/06/2024) |
| 02/06/2024 | Ï 59 | ORDER granting 57 JOINT MOTION FOR SUPPLEMENTAL BRIEFING SCHEDULE AS TO M&A VENTURES, LLC. Signed by District Judge Rodney Gilstrap on 2/6/2024. (ch, ) (Entered: 02/07/2024) |
| 02/07/2024 | Ï 60 | NOTICE OF COMPLIANCE by Fortis Payment Systems, LLC *Notice of Compliance re Service of P.R. 3−3, 3−4 Disclosures* (Ehrlich, Robert) (Entered: 02/07/2024) |
| 02/07/2024 | Ï 61 | UNOPPOSED MOTION to Modify Expedited Venue Discovery Schedule *Defendant Fortis Payment Systems, LLC's Unopposed Motion to Modify Expedited Venue Discovery Schedule* by Fortis Payment Systems, LLC. (Attachments: # 1 Proposed Order)(Hawes, Clay) (Entered: 02/07/2024) |
| 02/07/2024 | Ï 62 | NOTICE of Attorney Appearance by Susan Kendall Stradley on behalf of Fortis Payment Systems, LLC (Stradley, Susan) (Entered: 02/07/2024) |
| 02/09/2024 | Ï 63 | UNOPPOSED MOTION for Leave to File *Under Seal* by M&A Ventures, LLC. (Attachments: # 1 Proposed Order)(Harper, David) (Entered: 02/09/2024) |
| 02/09/2024 | Ï 64 | SEALED MOTION *to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue* by M&A Ventures, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Proposed Order)(Harper, David) (Entered: 02/09/2024) |
| 02/09/2024 | Ï 65 | ANSWER to 36 Amended Complaint *for Patent Infringement* by M&A Ventures, LLC.(Harper, David) (Entered: 02/09/2024) |
| 02/09/2024 | Ï 66 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by M&A Ventures, LLC (Harper, David) (Entered: 02/09/2024) |
| 02/12/2024 | Ï | Clerk's LR CV−10(d) Notice of Deficiency as to 64 Sealed Motion, − LR CV−5(a)(7) or CR−49(a) requires this document to include a statement after the certificate of service that certifies that a motion to seal has been filed or authorization to seal has been obtained. Recommended cure: Within one day, Filer must refile with the word *Corrected* in the title of the document. The filer should use the same ECF event and when offered the docket text enhancement dropdown, select CORRECTED so it will also appear in the docket text. (ch, ) (Entered: 02/12/2024) |
| 02/12/2024 | Ï 67 | CORRECTED SEALED MOTION *to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue* by M&A Ventures, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Harper, David) (Entered: 02/12/2024) |
| 02/12/2024 | Ï 68 | ORDER granting 63 UNOPPOSED MOTION for Leave to File Under Seal. Signed by District Judge Rodney Gilstrap on 2/12/2024. (ch, ) (Entered: 02/12/2024) |
| 02/13/2024 | Ï 69 | REDACTION to 67 CORRECTED SEALED MOTION *to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue* by M&A Ventures, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit |

| | | |
|---|---|---|
| | | B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Proposed Order)(Harper, David) (Entered: 02/13/2024) |
| 02/13/2024 | Ï 70 | ORDER granting 61 UNOPPOSED MOTION to Modify Expedited Venue Discovery Schedule Defendant Fortis Payment Systems, LLC's Unopposed Motion to Modify Expedited Venue Discovery Schedule. Signed by District Judge Rodney Gilstrap on 2/13/2024. (ch, ) (Entered: 02/13/2024) |
| 02/23/2024 | Ï 71 | UNOPPOSED MOTION to Seal by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 02/23/2024) |
| 02/23/2024 | Ï 72 | SEALED RESPONSE IN OPPOSITION to Motion re 64 SEALED MOTION *to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue* filed by Autoscribe Corporation. (Attachments: # 1 Affidavit/Declaration DECLARATION OF ANGELA PETERSON, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U, # 23 Exhibit V, # 24 Proposed Order)(McManis, Jason) (Entered: 02/23/2024) |
| 02/27/2024 | Ï 73 | ORDER granting 71 UNOPPOSED MOTION to Seal. Signed by District Judge Rodney Gilstrap on 2/27/2024. (ch, ) (Entered: 02/28/2024) |
| 04/02/2024 | Ï 74 | **FILED IN ERROR PER ATTORNEY**<br><br>JOINT MOTION to Stay *ALL DEADLINES AND NOTICE OF SETTLEMENT* by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) Modified on 4/2/2024 (NKL). (Entered: 04/02/2024) |
| 04/02/2024 | Ï | ***\*\*\*FILED IN ERROR PER ATTORNEY. Document # 74, JOINT MOTION to Stay ALL DEADLINES AND NOTICE OF SETTLEMENT. PLEASE IGNORE.\*\*\**** (NKL) (Entered: 04/02/2024) |
| 04/03/2024 | Ï 75 | JOINT MOTION to Stay *ALL DEADLINES AND NOTICE OF SETTLEMENT* by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 04/03/2024) |
| 04/08/2024 | Ï 76 | ORDER granting 75 Motion to Stay All Deadlines and Notice of Settlement. Accordingly, all deadlines in member Case No. 2:23−cv−00364, including the deadlines in the Docket Control Order (Dkt. No. 34) in lead Case No. 2:23−cv−00349 related to the Parties in the −364 Case, are STAYED for thirty days (30) days. Signed by District Judge Rodney Gilstrap on 4/8/2024. (CH) (Entered: 04/09/2024) |
| 05/03/2024 | Ï 77 | JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT FORTIS PAYMENT SYSTEMS, LLC by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 05/03/2024) |
| 05/09/2024 | Ï 78 | ORDER granting 77 Motion to Stay All Deadlines and Notice of Settlement. Signed by District Judge Rodney Gilstrap on 05/06/2024. (KLC) (Entered: 05/09/2024) |
| 05/30/2024 | Ï 79 | JOINT MOTION FOR ENTRY OF AGREED ESI ORDER by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 05/30/2024) |
| 05/31/2024 | Ï 80 | ORDER REGARDING E−DISCOVERY granting 79 JOINT MOTION FOR ENTRY OF AGREED ESI ORDER (Motion(s) 79 terminated). Signed by District Judge Rodney Gilstrap on 5/31/2024. (CH) (Entered: 05/31/2024) |
| 06/10/2024 | Ï | NOTICE of Hearing on Motion 67 CORRECTED SEALED MOTION *to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue*, 15 SEALED MOTION *to Dismiss for Lack of* |

| | | |
|---|---|---|
| | | *Personal Jurisdiction and Improper Venue or, In the Alternative, to Transfer Venue* : Motion Hearing set for 7/17/2024 at 02:00 PM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. The parties are directed to begin meet and confer efforts at 10:00 AM on the premises of USDC Marshall. (aeb) (Entered: 06/10/2024) |
| 06/27/2024 | Ï 81 | ***FILED IN ERROR***<br><br>NOTICE *OF SUPPLEMENTAL EVIDENCE* by Autoscribe Corporation re 38 Sealed Response to Motion,,, 54 Sealed Sur–Reply to Reply to Response to Motion, 72 Sealed Response to Motion,, (Attachments: # 1 Exhibit AA, # 2 Exhibit BB, # 3 Exhibit CC)(McManis, Jason) Modified on 6/27/2024 (CH). (Entered: 06/27/2024) |
| 06/27/2024 | Ï 82 | UNOPPOSED MOTION to Seal by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 06/27/2024) |
| 06/27/2024 | Ï 83 | SEALED PLAINTIFFS NOTICE OF SUPPLEMENTAL EVIDENCE: 38 Sealed Response to Motion,,, 72 Sealed Response to Motion,, 54 Sealed Sur–Reply to Reply to Response to Motion. (Attachments: # 1 Exhibit AA, # 2 Exhibit BB, # 3 Exhibit CC)(McManis, Jason) (Entered: 06/27/2024) |
| 06/29/2024 | Ï 84 | ORDER granting 82 Motion to Seal. Signed by District Judge Rodney Gilstrap on 6/29/2024. (CH) (Entered: 07/01/2024) |
| 07/10/2024 | Ï 85 | NOTICE of Attorney Appearance by Michael Alexander Killingsworth on behalf of Autoscribe Corporation (Killingsworth, Michael) (Entered: 07/10/2024) |
| 07/11/2024 | Ï | NOTICE: The parties are not required to meet and confer prior to the hearing on Motion 67 CORRECTED SEALED MOTION to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue, 15 SEALED MOTION to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, In the Alternative, to Transfer Venue set for 7/17/2024 at 02:00 PM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 07/11/2024) |
| 07/15/2024 | Ï 86 | NOTICE *of Service of Defendants' Proposed Preliminary Claim Constructions and Extrinsic Evidence* by M&A Ventures, LLC, Repay Holdings Corporation, Repay Holdings, LLC (Harper, David) (Entered: 07/15/2024) |
| 07/15/2024 | Ï 87 | NOTICE *OF SERVICE OF PLAINTIFFS PROPOSED PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE* by Autoscribe Corporation (McManis, Jason) (Entered: 07/15/2024) |
| 07/16/2024 | Ï 88 | STIPULATION of Dismissal *WITHOUT PREJUDICE AS TO DEFENDANTS REPAY HOLDINGS CORPORATION AND REPAY HOLDINGS, LLC* by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 07/16/2024) |
| 07/17/2024 | Ï 89 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Motion Hearing held on 7/17/2024 re 67 CORRECTED SEALED MOTION *to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue* filed by M&A Ventures, LLC from 02:02 PM to 03:22 PM. (No exhibits)(Court Reporter Shawn McRoberts) (Attachments: # 1 Attendance Sheet) (aeb) (Entered: 07/17/2024) |
| 07/18/2024 | Ï 90 | ORDER re 88 Stipulation of Dismissal filed by Autoscribe Corporation, Motions terminated:, Repay Holdings Corporation and Repay Holdings, LLC terminated., Attorney Stephanie Noelle Sivinski; Marron E Frith and David H Harper terminated.. Signed by District Judge Rodney Gilstrap on 7/17/2024. (NKL) (Entered: 07/18/2024) |
| 07/19/2024 | Ï 91 | NOTICE of Attorney Appearance by Stephanie Noelle Sivinski on behalf of M&A Ventures, LLC (Sivinski, Stephanie) (Entered: 07/19/2024) |

| Date | Doc # | Description |
|---|---|---|
| 07/22/2024 | 92 | UNOPPOSED SEALED MOTION *for Leave to File Under Seal* by M&A Ventures, LLC. (Attachments: # 1 Exhibit A – Hearing Demonstratives on M&A's Motion to Dismiss, # 2 Proposed Order)(Harper, David) (Entered: 07/22/2024) |
| 07/24/2024 | 93 | ORDER granting 92 UNOPPOSED SEALED MOTION for Leave to File Under Seal. Signed by District Judge Rodney Gilstrap on 7/24/24. (CH) (Entered: 07/24/2024) |
| 07/26/2024 | 94 | NOTICE of Attorney Appearance by Marron E Frith on behalf of M&A Ventures, LLC (Frith, Marron) (Entered: 07/26/2024) |
| 07/26/2024 | 95 | JOINT MOTION TO EXTEND THE P.R. 4–3 JOINT CONSTRUCTION STATEMENT DEADLINE TO AUGUST 2, 2024 by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(McManis, Jason) (Entered: 07/26/2024) |
| 07/26/2024 | 96 | REDACTION to 92 UNOPPOSED SEALED MOTION *for Leave to File Under Seal M&A's Motion to Dismiss Hearing Demonstratives* by M&A Ventures, LLC. (Harper, David) (Entered: 07/26/2024) |
| 07/29/2024 | 97 | ORDER granting 95 Motion to Extend the P.R. 4–3 Joint Construction Statement Deadline to August 2, 2024. Signed by District Judge Rodney Gilstrap on 7/29/2024. (NKL) (Entered: 07/29/2024) |
| 08/02/2024 | 98 | Joint Claim Construction and Prehearing Statement by Autoscribe Corporation. (Attachments: # 1 Exhibit A)(McManis, Jason) (Entered: 08/02/2024) |
| 08/05/2024 | 99 | SECOND AMENDED COMPLAINT *FOR PATENT INFRINGEMENT* against M&A Ventures, LLC, filed by Autoscribe Corporation.(McManis, Jason) (Entered: 08/05/2024) |
| 08/06/2024 | 100 | NOTICE of Attorney Appearance by Jamie Raju on behalf of M&A Ventures, LLC (Raju, Jamie) (Entered: 08/06/2024) |
| 08/19/2024 | 101 | ANSWER to 99 Amended Complaint by M&A Ventures, LLC.(Harper, David) (Entered: 08/19/2024) |
| 09/05/2024 | 103 | UNOPPOSED MOTION to Withdraw as Attorney *Andrea Fair* by Autoscribe Corporation. (Attachments: # 1 Proposed Order)(Fair, Andrea) (Entered: 09/05/2024) |
| 09/10/2024 | 104 | JOINT NOTICE *of Redaction of Memorandum Opinion and Order* by M&A Ventures, LLC (Attachments: # 1 Exhibit A)(Frith, Marron) (Entered: 09/10/2024) |