# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| AUTOSCRIBE CORPORATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:24-cv-04282-SCJ |
| M&A Ventures, LLC ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

M&A Ventures, LLC

Date:     10/04/2024

*Attorney's signature*

Richard W. Miller
*Printed name and bar number*

999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
*Address*

millerrw@ballardspahr.com
*E-mail address*

(678) 420-9300
*Telephone number*

(678) 420-9301
*FAX number*