# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION § § | |
| Plaintiff § § | Case No. 1:24-cv-04282-SCJ |
| v. § § | JURY TRIAL DEMANDED |
| M&A VENTURES, LLC § Defendant. § § § | |

## JOINT BRIEF REGARDING PROPOSED SPECIAL MASTER

Pursuant to the Court's Order (Dkt. 120) regarding appointing a special master to preside over the *Markman* hearing in this case, the Parties submit this Joint Brief. The Parties do not object to the appointment of a special master and submit their agreed-upon proposed special master. The parties propose the appointment of Bill Dyer[1] as special master.

Additionally, the Parties are submitting a Joint Preliminary Report and Discovery Plan in a concurrent filing which includes a proposed schedule regarding claim construction briefing and other deadlines pursuant to the Local Patent Rules.  In particular, the parties propose December 12, 2024 as the deadline for Simultaneous Exchange of Opening Claim Construction Briefs and January 24,

---

[1] https://www.leehayes.com/professionals/35/bill-dyer

2025 as the deadline for Simultaneous Exchange of Responsive Claim Construction Briefs.

| | |
|---|---|
| Dated: November 7, 2024 | */s/ David H. Harper*<br>Richard W. Miller<br>millerw@ballardspahr.com<br>999 Peachtree Street, NE, Suite 1600<br>Atlanta, Georgia 30309<br>(678) 420-9300 (telephone)<br>(678) 420-9301<br><br>David H. Harper (Lead Counsel, pro hac vice)<br>Texas Bar No. 09025540<br>david.harper@haynesboone.com<br>Stephanie N. Sivinski (pro hac vice)<br>Texas Bar No. 24075080<br>stephanie.sivinski@haynesboone.com<br>Marron E. Frith (pro hac vice)<br>TX Bar No. 24137884<br>marron.frith@haynesboone.com<br>Jamie Raju (pro hac vice)<br>TX Bar No. 24095717<br>jamie.jaju@haynesboone.com<br>HAYNES AND BOONE, LLP<br>2801 N. Harwood Street<br>Suite 2300<br>Dallas, Texas 75201<br>(214) 651-5000 (telephone)<br>(214) 200-0615 (fax)<br>**COUNSEL FOR DEFENDANT M&A VENTURES, LLC** |

*/s/ Jason McManis*
Jason McManis (SBN# 24088032)
Colin Phillips (SBN# 24105937)
Chun Deng (SBN# 24133178)
Angela Peterson (SBN# 24137111)
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
apeterson@azalaw.com

David S. Moreland (#521998)
Meunier Carlin & Curfman LLC
999 Peachtree St NE, Ste. 1300
Atlanta, Georgia 30309
(404) 645-7700
dmoreland@mcciplaw.com

**ATTORNEYS FOR AUTOSCRIBE CORPORATION**