IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>M & A VENTURS, LLC,<br><br>  Defendant. | Civil Action No. 1:24-CV-4282-SCJ |

**NOTICE OF FILING AFFIDAVIT OF SPECIAL MASTER**

Pursuant to this Court's Order of November 8, 2024 (Dkt. No. 130), William B. Dyer III submits this notice enclosing the affidavit required pursuant to Fed. R. Civ. P. 53(a)(2) and 53(b)(3).

Respectfully submitted, this 22nd day of November, 2024.

/s/ *William B. Dyer*

William B. Dyer III, Special Master
GA Bar No. 236915
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Facsimile: (404) 815-1700
Email: bill.dyer@leehayes.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, I caused to be filed the foregoing Notice of Filing Affidavit of Special Master with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ *William B. Dyer*

William B. Dyer III, Special Master
GA Bar No. 236915
LEE & HAYES, P.C.
75 14th Street NE, Suite 2500
Atlanta, GA 30309
Telephone: (404) 815-1900
Facsimile: (404) 815-1700
Email: bill.dyer@leehayes.com