IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>M & A VENTURS, LLC,<br><br>  Defendant. | Civil Action No. 1:24-CV-4282-SCJ |

**AFFIDAVIT OF WILLIAM B. DYER III**

Pursuant to Fed. R. Civ. P. 53(a)(2) and 53(b)(3), the undersigned hereby files the following affidavit:

1. My name is William Brownell Dyer III. I am being considered for appointment as a Special Master and must file an Affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455.

2. I have reviewed 28 U.S.C. § 455.

3. There is no ground on which I should be disqualified from serving as Special Master under 28 U.S.C. § 455.

Dated: November 22, 2024

                                      _____
                                      William B. Dyer III (GA Bar No. 236915)
                                      LEE & HAYES, P.C.

STATE OF GEORGIA

COUNTY OF FULTON

The foregoing instrument was acknowledged before me on this 22nd day of November, 2024, as William B. Dyer III, who is personally known to me and who did not take an oath.

_____
Gwendolyn C. Ramsey
Notary Public – State of Georgia
My Commission Expires: 11/14/2027