# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORHTERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> M&A VENTURES, LLC § <br> Defendant. § <br> § <br> § | Case No. 1:24-cv-04282-SCJ <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF AUTOSCRIBE CORPORATION'S MOTION TO SEAL EXHIBIT 1 TO THE DECLARATION OF COLIN PHILLIPS (DKT. 134)

Plaintiff Autoscribe Corporation ("Autoscribe") hereby moves the Court to seal Exhibit 1 to the Declaration of Colin Phillips (Dkt. 134), pursuant to Local Rule 79.1(B)(4).

On November 22, 2024, Autoscribe filed a Declaration of Colin Phillips (Dkt. 134) with three attached exhibits. Exhibit 1 includes communications designated confidential by M&A Ventures, LLC. Because of M&A's designation and because Autoscribe does not have the authority to waive any of M&A's confidentiality, Autoscribe therefore requests that Exhibit 1 remain sealed. Autoscribe's Counsel has conferred with M&A's Counsel, and this motion is unopposed. WHEREFORE, Autoscribe respectfully requests that the Court grant its motion.

1

Dated: November 25, 2024                     Respectfully submitted,

<div style="margin-left:3em">

<u>/s/ Jason McManis</u>
Jason McManis
State Bar No.: 24088032
Colin Phillips
State Bar No.: 24105937
Chun Deng
State Bar No.: 24133178
Michael Killingsworth
State Bar No.: 24110089
Angela Peterson
State Bar No.:  24137111
Sean Healey
State Bar No.: 24142997
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
mkillingsworth@azalaw.com
apeterson@azalaw.com
shealey@azalaw.com

David S. Moreland
State Bar No.: 521998
Meunier Carlin & Curfman LLC
999 Peachtree St. NE, Ste. 1300
Atlanta, GA 30309
(404) 645-7700
(404) 645-7707 (fax)
dmoreland@mcciplaw.com

***Attorneys for Autoscribe Corporation***

</div>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 25, 2024, a copy of the foregoing and attachments thereto were served via the Court's ECF system on all counsel of record in this matter.

                                                                                   */s/ Jason McManis*
                                                                                   Jason McManis