IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AUTOSCRIBE CORPORATION,

    Plaintiff,

v.

M&A VENTURES, LLC,

    Defendant.

CIVIL ACTION FILE

No. 1:24-CV-4282-SCJ

## O R D E R

This action is before the Court on Plaintiff's Motion to Seal Exhibit 1 to the Declaration of Colin Phillips. Doc. No. [135]. In the motion, Plaintiff offers nothing more than Defendant's assertion of confidentiality and the Parties' agreement that the document be sealed. This is not a sufficient showing of the good cause necessary for the Court to maintain information under seal. See App. H to the Local Rules of the Northern District of Georgia, Sec. II(J)(2). Nevertheless, the Court has reviewed the four-page document Plaintiff seeks to maintain under seal. Doc. No. [134-1]. It consists of settlement negotiations between the Parties and includes detailed aspects of the Parties' payment systems. Because this information is in the nature of business trade secrets, the Court will **GRANT** the

Motion to Seal Exhibit 1 to the Declaration of Colin Phillip (located at Docket Entry [134-1]). **In all future instances, the Parties are required to comply with the procedures set forth in Section II(J) of Appendix H to the Local Rules of this Court.**

IT IS SO ORDERED this 26th day of November, 2024.

_____
HONORABLE STEVE C. JONES
United States District Judge

2