# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § § § § § § § § § § | |
| Plaintiff | | Case No. 1:24-cv-04282-SCJ |
| v. | | JURY TRIAL DEMANDED |
| M&A VENTURES, LLC | | |
| Defendant. | | |

## M&A VENTURES LLC'S NOTICE OF SERVICE

Defendant M&A Ventures, LLC ("M&A") hereby gives notice that it served its Claim Construction Technology Tutorial in the above-captioned action ("Tutorial") to the Special Master via emailed link on January 31, 2025. A copy of the Tutorial was also served on Plaintiffs' counsel of record on January 31, 2025.

M&A further gives notice that on January 31, 2025, USB drives containing electronic copies of the Tutorial were hand delivered to the Northern District of Georgia Clerk's Office, and to the chambers of the Honorable Steve C. Jones.

| | |
|---|---|
| Dated: February 3, 2025 | */s/ Stephanie N. Sivinski* |
| | Richard Miller |
| | Georgia Bar No. 065257 |
| | Alan White |
| | Georgia Bar No. 410546 |
| | Ballard Spahr LLP |
| | 999 Peachtree Street NE, Suite 1600 |
| | Atlanta, Georgia 30062 |
| | Telephone: 678-420-9340 |
| | Email: millerrw@ballardspahr.com |
| | whiteda@ballardspahr.com |
| | |
| | David H. Harper (*pro hac vice*) |
| | Texas Bar No. 09025540 |
| | david.harper@haynesboone.com |
| | Stephanie N. Sivinski (*pro hac vice*) |
| | Texas Bar No. 24075080 |
| | stephanie.sivinski@haynesboone.com |
| | Marron E. Frith (*pro hac vice*) |
| | TX Bar No. 24137884 |
| | marron.frith@haynesboone.com |
| | Jamie Raju (*pro hac vice*) |
| | TX Bar No. 24095717 |
| | jamie.raju@haynesboone.com |
| | HAYNES AND BOONE, LLP |
| | 2801 N. Harwood Street |
| | Suite 2300 |
| | Dallas, Texas 75201 |
| | (214) 651-5000 (telephone) |
| | (214) 200-0615 (fax) |
| | |
| | **COUNSEL FOR DEFENDANT M&A VENTURES, LLC** |

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record was served this Notice of Service via the Court's ECF system on February 3, 2025.

                                                */s/ Stephanie N. Sivinski*
                                                Stephanie N. Sivinski