THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § § § | |
| Plaintiff | § § | Case No. 1:24-cv-04282-SCJ |
| v. | § § § | JURY TRIAL DEMANDED |
| M&A VENTURES, LLC | § § § | |
| Defendant. | § | |

## M&A VENTURES LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF CLAIM CONSTRUCTION BRIEFING

Defendant M&A Ventures, LLC ("M&A") hereby seeks leave to file a reply and supplemental evidence in support of its claim construction briefing [Dkts. 139, 142]. Autoscribe Corporation ("Autoscribe") submitted four exhibits with its Responsive Claim Construction Brief—Exs. O and R—that M&A contends were not properly disclosed under the local patent rules. *See* Patent L.R. 6.2(b) (requiring "[a]t the same time the parties exchange their respective preliminary claim constructions they shall each also provide a preliminary identification of extrinsic evidence, including without limitation, dictionary definitions, citations to learned treatises and prior art…"). M&A noted its objection to Autoscribe's reliance on this evidence in the Revised Joint Claim Construction Statement. [Dkt. 147].

Although Autoscribe does not agree with M&A's position and does not agree

1

that M&A's requested relief is merited, for the purposes of avoiding disputes, Autoscribe does not oppose M&A's request for leave to file a short reply brief addressing the disputed exhibits.

The reply brief and materials are attached in Exhibit 1 to this Motion.

| | |
|---|---|
| Dated: February 18, 2025 | /s/ Marron E. Frith |
| | Richard Miller |
| | Georgia Bar No. 065257 |
| | Alan White |
| | Georgia Bar No. 410546 |
| | Ballard Spahr LLP |
| | 999 Peachtree Street NE, Suite 1600 |
| | Atlanta, Georgia 30062 |
| | Telephone: 678-420-9340 |
| | Email: millerrw@ballardspahr.com |
| | whiteda@ballardspahr.com |
| | |
| | David H. Harper (*pro hac vice*) |
| | Texas Bar No. 09025540 |
| | david.harper@haynesboone.com |
| | Stephanie N. Sivinski (*pro hac vice*) |
| | Texas Bar No. 24075080 |
| | stephanie.sivinski@haynesboone.com |
| | Marron E. Frith (*pro hac vice*) |
| | TX Bar No. 24137884 |
| | marron.frith@haynesboone.com |
| | Jamie Raju (*pro hac vice*) |
| | TX Bar No. 24095717 |
| | jamie.raju@haynesboone.com |
| | HAYNES AND BOONE, LLP |
| | 2801 N. Harwood Street |
| | Suite 2300 |
| | Dallas, Texas 75201 |
| | (214) 651-5000 (telephone) |

(214) 200-0615 (fax)

**COUNSEL FOR DEFENDANT M&A VENTURES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record was served this Notice of Service via the Court's ECF system on February 18, 2025.

/s/ Marron E. Frith
Marron E. Frith

## CERTIFICATE OF CONFERENCE

Counsel for M&A conferred with Counsel for Autoscribe via email on February 17-18, 2025. Counsel for Autoscribe indicated that although Autoscribe does not agree with M&A's position and does not agree that M&A's requested relief is merited, for the purposes of avoiding disputes, Autoscribe does not oppose M&A's request for leave to file a short reply brief addressing the disputed exhibits.

/s/ Marron E. Frith
Marron E. Frith