THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § § § | |
| Plaintiff | § § | Case No. 1:24-cv-04282-SCJ |
| v. | § § | JURY TRIAL DEMANDED |
| M&A VENTURES, LLC | § § § | |
| Defendant. | § | |

## SUPPLEMENTAL JOINT CLAIM CONSTRUCTION CHART

Plaintiff Autoscribe Corporation ("Autoscribe") and Defendant M&A Ventures, LLC ("M&A") hereby submit their Supplemental Joint Claim Construction Chart, attached as Exhibit A, reflecting additional proposed constructions for disputed claim terms and supporting evidence.

The claim terms proposed for construction below are found within U.S. Patent No. 11,620,621 (the "'621 Patent").

As reflected in Exhibit A, Autoscribe proposes alternative constructions for the following claim terms:

- "authenticate[s] a payee"/ "authenticating the payee" (Claims 1, 8, 15, 23, and 25)
- "function" (Claims 1, 8, 15, 23, and 25); and

1

- "obtain[ing] the [second] payment amount /// forward[ing] at least a portion of the [second] payment amount" (Claims 1, 2, 8, 9, 15, 23, and 25).

As reflected in Exhibit A, M&A proposes an alternative construction for the following claim term:

- "function" (Claims 1, 8, 15, 23, and 25).

Autoscribe and M&A jointly file this supplemental Joint Claim Construction Statement to conform to the constructions proposed at the March 6, 2025 *Markman* hearing and proposals discussed by the parties following the hearing.

Dated: March 12, 2025

/s/ Jason McManis

Jason McManis
State Bar No.: 24088032
Colin Phillips
State Bar No.: 24105937
Chun Deng
State Bar No.: 24133178
Michael Killingsworth
State Bar No.: 24110089
Angela Peterson
State Bar No.: 24137111
Sean Healey
State Bar No.: 24142997
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
mkillingsworth@azalaw.com

/s/ Marron Frith

Richard Miller
Georgia Bar No. 065257
Alan White
Georgia Bar No. 410546
Ballard Spahr LLP
999 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30062
Telephone: 678-420-9340
Email: millerrw@ballardspahr.com
       whiteda@ballardspahr.com

David H. Harper (*pro hac vice*)
Texas Bar No. 09025540
david.harper@haynesboone.com
Stephanie N. Sivinski (*pro hac vice*)
Texas Bar No. 24075080
stephanie.sivinski@haynesboone.com
Marron E. Frith (*pro hac vice*)
TX Bar No. 24137884
marron.frith@haynesboone.com

apeterson@azalaw.com
shealey@azalaw.com

David S. Moreland
State Bar No.: 521998
Meunier Carlin & Curfman LLC
999 Peachtree St. NE, Ste. 1300
Atlanta, GA 30309
(404) 645-7700
(404) 645-7707 (fax)
dmoreland@mcciplaw.com

ATTORNEYS FOR AUTOSCRIBE CORPORATION

Jamie Raju (*pro hac vice*)
TX Bar No. 24095717
jamie.raju@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street
Suite 2300
Dallas, Texas 75201
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

**COUNSEL FOR DEFENDANT M&A VENTURES, LLC**