**FILED PROVISIONALLY UNDER SEAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORHTERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § § § | |
| Plaintiff | § § | Case No. 1:24-cv-04282-SCJ |
| v. | § § | JURY TRIAL DEMANDED |
| M&A VENTURES, LLC | § § | |
| Defendant. | § § § | |

## DECLARATION OF ANGELA PETERSON

I, Angela Peterson, declare as follows:

1.   My name is Angela Peterson. I am over the age of eighteen, I am of sound mind, and I am fully competent to testify herein. I have personal knowledge of the facts set forth herein, or if so stated, I am informed and believe of their truth and accuracy and, if called to testify, I could and would do so competently and under oath.

2.   I am an attorney at the law firm of Ahmad, Zavitsanos & Mensing PLLC, and I am one of the attorneys representing Autoscribe Corporation in the above-captioned case. I am submitting this declaration in support of Autoscribe's Motion for Leave to File Amended Infringement Contentions.

3.   Attached as **Exhibit A** is a true and correct copies of the proposed amended disclosure of asserted claims and preliminary infringement contentions (and the corresponding claim charts).

4.   Attached as **Exhibit B** is a true and correct copy of an email sent by myself on April 29, 2025.

5.   Attached as **Exhibit C** is a true and correct copy of an email thread originating with an email sent by David Harper on April 26, 2025.

6.   Attached as **Exhibit D** is a true and correct copy of the document Bates-labeled REPAY0323090 produced by M&A Ventures in this suit.

7.    Attached as **Exhibit E** is a true and correct copy of an email sent by myself on May 16, 2025.

8.    Before M&A's production of confidential documentation related to Payrazr and Hosted Payment Form software (namely, the documents Bates-labeled REPAY0029939, REPAY0272456, and REPAY0323090), Plaintiff was unaware of Defendant's sale of services using the Hosted Payment Form instrumentality during the term of the '621 Patent. As soon as these pieces of documentation were discovered in Autoscribe's document review process, Autoscribe performed an analysis and determined the Hosted Payment Form infringes upon the '621 Patent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Houston, Texas on June 4, 2025.

*/s/ Angela Peterson*
Angela Peterson