**FILED PROVISIONALLY UNDER SEAL**

### Outlook

---

**Infringement Contentions- Payrazr Hosted Payments Form**

---

**From** Angela Peterson <apeterson@azalaw.com>

**Date** Tue 4/29/2025 12:02 PM

**To** Harper, David H. <David.Harper@haynesboone.com>; Sivinski, Stephanie <Stephanie.Sivinski@haynesboone.com>; Raju, Jamie <Jamie.Raju@haynesboone.com>; Frith, Marron <Marron.Frith@haynesboone.com>; White, Alan <whiteda@ballardspahr.com>

**Cc** Autoscribe <autoscribe@azalaw.com>; David Moreland <David.Moreland@millermartin.com>

Counsel,

In its review of documents Repay produced within the last month, Autoscribe has identified the Payrazr Hosted Payments Form as an infringing instrumentality. Autoscribe intends to supplement its infringement contentions to include the Payrazr Hosted Payments Form. Is Repay opposed to this supplementation?

Best,
Angela

**ANGELA PETERSON**
*Attorney*
713-600-4968   |   800.856.8153
1221 McKinney, Suite 2500
Houston, Texas 77010
LinkedIn   **AZALAW.COM**

The information contained in this message is privileged, confidential and intended only for the use of the addressee. If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the message is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and return the original message to the sender at the above e-mail address. Thank you.

**EXHIBIT**

**B**

exhibitsticker.com