**FILED PROVISIONALLY UNDER SEAL**

# REP Y®

## Selling Channels vs Payrazr



CONFIDENTIAL - ATTORNEY EYES ONLY

REPAY00323690

EXHIBIT

D

exhibitsticker.com

REPAY has several "bill presentment and payment" solutions as the result of acquisitions through the years. While each product catered to specific verticals originally, most key features exist on the two biggest platforms, Channels and Payrazr. As a result, both platforms can support new opportunities outside of their comfort zones.

REP Y    2

CONFIDENTIAL - ATTORNEY EYES ONLY                     REPAY00323691

| Feature | Channels | Payrazr |
|---|---|---|
| Customer data import file | Y | Y |
| Consumer and Agent Portals | Y | Y |
| Bill presentment with account number, balance, due date, etc. | Y | Y |
| Payment plans, future-dated payments, autopays | Y | Y |
| Fee handling, including "No fee to biller" model | Y (in backend) | Y (in frontend) |
| Card, Debit, ACH | Y | Y |
| Advanced payment modalities (Apple, Google, PayPal, Venmo, etc.) | Y | Apple & Roadmap |
| Embeddable hosted payment form (hosted payment page) | Y | Y |
| Account updater | Y | Y |
| Balance management | N (roadmap) | Y |
| Reporting | Y (sisense) | Y (in frontend) |
| USAePay and legacy 3rd party Integrations | N | Y |
| Configurable and customizable by the Delivery team | Y | Y |

CONFIDENTIAL - ATTORNEY EYES ONLY

| Sell Channels if the client... | Sell Payrazr if the client... |
|---|---|
| • Wants the latest payment modalities<br>• Doesn't have any legacy 3rd party dependencies<br>• Just needs regular transaction reporting<br>• Doesn't need balance management | • Has 3rd party legacy integrations<br>• Sends part of their traffic through USAePay and doesn't want to give that up<br>• Needs advanced reporting<br>• Needs balance management |

R E P   Y      4

CONFIDENTIAL - ATTORNEY EYES ONLY

REPAY00323693

CONFIDENTIAL - ATTORNEY EYES ONLY

REP Y    5

REPAY0032364