IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**AUTOSCRIBE CORPORATION,**

  **Plaintiff,**

v.

**M&A VENTURES, LLC,**

  **Defendant.**

CIVIL ACTION FILE

No. 1:24-CV-04282-SCJ

## ORDER

This matter appears before the Court on the Motion for Leave to File Under Seal. Doc. No. [178]. This Motion pertains to Defendant's corrected brief in opposition to Plaintiff's Motion to Amend its Disclosure of Asserted Claims and Infringement Contentions.[1] The Court finds good cause to maintain the unredacted version of the corrected brief under seal. Therefore, the Motion for Leave to File Under Seal (Doc. No. [178]) is **GRANTED**.

---

[1] The brief is "corrected" in that Defendant uploaded the incorrect PDF into the sealed docket entry at [172]. The redacted version of this brief was properly filed at docket entry [171].

The Clerk is **DIRECTED** to mark docket entry [172] (main document) as filed in error and link the corrected brief, located at docket entry [177], to the June 18, 2025 filing of docket entry [172]. Docket entries [172-1] through [172-11] are the proper exhibits to Defendant's opposition to Plaintiff's Motion to Amend its Disclosure of Asserted Claims and Infringement Contentions; those unredacted exhibits shall remain under seal at their current location on the docket.[2]

**IT IS SO ORDERED** this  24th  day of June, 2025.

                                                     /s/ Steve C. Jones
                                               **HONORABLE STEVE C. JONES**
                                               **UNITED STATES DISTRICT JUDGE**

---

[2] The redacted versions of these documents have been filed on the open docket at docket entry [171-1] through [171-11].