THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § § § § § § § § § § | |
| Plaintiff | | Case No. 1:24-cv-04282-SCJ |
| v. | | JURY TRIAL DEMANDED |
| M&A VENTURES, LLC | | |
| Defendant. | | |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff Autoscribe Corporation ("Autoscribe") and Defendant M&A Ventures, LLC ("M&A") jointly file this Motion to extend the deadline for the end of the Fact Discovery Period beyond the deadline prescribed by the LPR 6.7 and to further adopt the Proposed Litigation Schedule attached as Exhibit A.

The parties proposed in their Joint Preliminary Report and Discovery Plan (Dkt. 128) a date for the end of fact discovery forty-five (45) days after the Court's claim construction ruling pursuant to LPR 6.7. The Court issued its Claim Construction Ruling adopting the Report and Recommendation of the Special Master on June 12, 2025 (Dkt. 165). Following the Court's ruling, the tentative deadline for fact discovery is July 28, 2025.

Given the status of the case and the complexity of the issues, both parties agree that additional time is necessary for a fulsome completion of document

discovery and deposition of fact witnesses.

Additionally, Autoscribe has filed a Motion to Amend its Complaint and a Motion to Amend Infringement Contentions to add (1) a theory of divided infringement and (2) an additional product, Payrazr. (Dkt. 159, 162.) M&A opposes both Motions. (Dkt. 168, 171.) The Court has yet to rule on either Motion.

In light of the additional discovery needed to be completed, the parties respectfully request a sixty (60) day extension of the deadline for close of fact discovery from July 28, 2025 to September 26, 2025. The Parties also attach a proposed litigation schedule as Exhibit A including the remaining case deadlines. In the event that Autoscribe's Motions to Amend are granted in whole or in part, the parties may request an additional extension of time.

Dated: July 3, 2025

        Respectfully submitted,

        */s/ Jason McManis*
Jason McManis
Texas Bar No.: 24088032
Colin Phillips
Texas Bar No.: 24105937
Chun Deng
Texas Bar No.: 24133178
Michael Killingsworth
Texas Bar No.: 24110089
Thomas DelRosario
Texas Bar No.: 24110645
Angela Peterson
Texas Bar No.: 24137111
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101 (Tel)
(713) 655-1101 (Fax)
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
mkillingsworth@azalaw.com
tdelrosario@azalaw.com
apeterson@azalaw.com

David S. Moreland
State Bar No.: 521998
Miller & Martin PLLC
1180 W. Peachtree St Nw, Ste 2100
Atlanta, GA 30309
(404) 962-6412 (Tel)
(404) 962-6347 (Fax)
david.moreland@millermartin.com

**Attorneys for Autoscribe Corporation**

/s/ *Marron E. Frith*

Richard Miller
Georgia Bar No. 065257
Alan White
Georgia Bar No. 410546
Ballard Spahr LLP
999 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30062
Telephone: 678-420-9340
Email: millerrw@ballardspahr.com
          whiteda@ballardspahr.com

David H. Harper (*pro hac vice*)
Texas Bar No. 09025540
david.harper@haynesboone.com
Stephanie N. Sivinski (*pro hac vice*)
Texas Bar No. 24075080
stephanie.sivinski@haynesboone.com
Marron E. Frith (*pro hac vice*)
TX Bar No. 24137884
marron.frith@haynesboone.com
Jamie Raju (*pro hac vice*)
TX Bar No. 24095717
jamie.raju@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street
Suite 2300
Dallas, Texas 75201
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

**COUNSEL FOR DEFENDANT M&A VENTURES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record was served this Notice of Service via the Court's ECF system on July 3, 2025.

*/s/ Marron E. Frith*
Marron E. Frith

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman font.

*/s/ Marron E. Frith*
Marron E. Frith

# **EXHIBIT A**

# **PROPSOSED LITIGATION SCHEDULE**

| Task | (Patent) Local Rule | Deadline per Local Rule (or Docket entry for prior events) | Parties' Proposed Date (for future deadlines) |
|---|---|---|---|
| Opening Claim Construction Briefs | LPR 6.5(a) | (Dkt. 128) | December 12, 2024 |
| Responsive Claim Construction Briefs | LPR 6.5(b) | (Dkt. 128) | January 24, 2025 |
| Claim Construction Hearing | LPR 6.6 | | March 6, 2025 |
| Special Master's Report and Recommendation on Claim Construction | | (Dkt. 154) | April 23, 2025 |
| Court's Order Adopting Special Master's R&R | | (Dkt. 165) | June 12, 2025 |
| Autoscribe's Motion for Leave to File Amended Complaint and Amended Infringement Contentions | | (Dkt. 160, 162) | June 4, 2025 |
| M&A's Opposition to Motion for Leave to File Amended Complaint and Amended Infringement Contentions | L.R. 7.1(B) | (Dkt. 169, 171) | June 18, 2025 |
| Autoscribe's Reply in Support of Motion for Leave to File Amended Complaint and Amended Infringement Contentions | L.R. 7.1(C) | | July 2, 2025 |
| Court's Order on Motion for Leave to File Amended Complaint and Amended Infringement Contentions | | | TBD |
| End of Fact Discovery Period | LPR 6.7 | 45 days after Court's claim | September 26, 2025 |

| | | | |
|---|---|---|---|
| | | construction ruling + 60 day extension | |
| Initial Expert Witness Disclosures – Issues on which each party bears the burden of proof | LPR 7.1(b) | 30 days after end of fact discovery | October 27, 2025 |
| Initial Expert Witness Disclosures – Issues on which the opposing party bears the burden of proof | LPR 7.1(c) | 30 days after initial expert disclosures | December 5, 2025 |
| Rebuttal Expert Witness Disclosures | LPR 7.1(d) | 10 days after second expert disclosures | December 19, 2025 |
| Depositions of Expert Witnesses Begin | LPR 7.2 | 7 days after rebuttal expert disclosures | January 5, 2026 |
| Deposition of Expert Witnesses End | LPR 7.2 | 30 days after depositions of expert witnesses begin | February 4, 2025 |
| Dispositive Motion Deadline | LR 56.1 | 30 days after end of period for expert depositions | March 6, 2025 |
| Pretrial Statement | LR 16.4 | 30 days after Court's ruling(s) on dispositive motions | TBD |
| Pretrial Conference | | | TBD |
| Trial | | | TBD |

7