THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § § § | |
| Plaintiff | § | Case No. 1:24-cv-04282-SCJ |
| | § | |
| v. | § § | JURY TRIAL DEMANDED |
| | § | |
| M&A VENTURES, LLC | § § | |
| Defendant. | § | |

# [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

Before the Court is the Parties' Joint Motion to Extend the Fact Discovery Deadline.

Having considered the Motion, the Court GRANTS the motion and ORDERS that the deadline for the end of the Fact Discovery Period is extended to September 26, 2025.

The Court further adopts the proposed litigation schedule attached as Exhibit A to the Motion.

SIGNED THIS _____ day of _____, 2025.

_____
HON. STEVE C. JONES