**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § § § | |
| Plaintiff | § § | Case No. 1:24-cv-04282-SCJ |
| v. | § § | JURY TRIAL DEMANDED |
| M&A VENTURES, LLC | § § § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF
SCHEDULING ORDER**

This matter appears before the Court on the Joint Motion for Entry of Scheduling

Order (Dkt. ___). The motion is GRANTED, and the schedule below is adopted.

| Task | (Patent) Local Rule | Deadline per Local Rule | Agreed Deadline |
|---|---|---|---|
| Court's Order on Motion for Leave to File Amended Complaint and Amended Infringement Contentions | | | TBD |
| End of Fact Discovery Period | LPR 6.7 | 45 days after Court's claim construction ruling | September 26, 2025 |
| Initial Expert Witness Disclosures – Issues on which each party bears the burden of proof | LPR 7.1(b) | 30 days after end of fact discovery | October 27, 2025 |
| Initial Expert Witness Disclosures – Issues on which the opposing party bears the burden of proof | LPR 7.1(c) | 30 days after initial expert disclosures | December 5, 2025 |

1

| Rebuttal Expert Witness Disclosures | LPR 7.1(d) | 10 days after second expert disclosures | December 19, 2025 |
|---|---|---|---|
| Depositions of Expert Witnesses Begin | LPR 7.2 | 7 days after rebuttal expert disclosures | January 5, 2026 |
| Deposition of Expert Witnesses End | LPR 7.2 | 30 days after depositions of expert witnesses begin | February 4, 2026 |
| Dispositive Motion Deadline | LR 56.1 | 30 days after end of period for expert depositions | March 6, 2026 |
| Pretrial Statement | LR 16.4 | 30 days after Court's ruling(s) on dispositive motions | TBD |
| Pretrial Conference | | | TBD |
| Trial | | | TBD |

IT IS SO ORDERED this _____ day of _____, 2025.


_____

HON. STEVE C. JONES

2