**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:24-cv-04282-SCJ |
| | § | |
| M&A VENTURES, LLC, | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Based upon this Court's Order adopting the Special Master's Report and Recommendation on Claim Construction (Dkt. 165) (the "Court's Claim Construction Order"), Plaintiff Autoscribe Corporation ("Autoscribe") and Defendant M&A Ventures, LLC ("M&A") have stipulated that M&A is entitled to a judgment of non-infringement as set forth in the Joint Stipulation of Non-Infringement. Accordingly, the Court enters Judgment as follows:

Judgment is entered against Autoscribe and for M&A as to Autoscribe's claims for patent infringement based on the parties' Joint Stipulation of Non-Infringement;

The Court further enters judgment for M&A and against Autoscribe. Autoscribe shall take nothing from M&A with respect to its claims for infringement in this action;

All of M&A's other defenses are dismissed without prejudice;

1

It is SO ORDERED, this 17th day of April, 2026.

_____
STEVE C. JONES
UNITED STATES
DISTRICT JUDGE