**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| AUTOSCRIBE CORPORATION | § | |
| | § | |
| Plaintiff | § | Case No. 1:24-cv-04282-SCJ |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| M&A VENTURES, LLC | § | |
| | § | |
| Defendant. | § | |

## <u>PLAINTIFF'S NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiff Autoscribe Corporation hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment (entered on April 17, 2026, as Doc. No. 195), as well as all rulings, decisions, and interlocutory orders prior to and subsumed in the order that became the Final Judgment, including the Order overruling Autoscribe Corporation's Objections to the Special Master's Report and Recommendation on Claim Construction and adopting the Special Master's Report and Recommendation on Claim Construction (said Order entered on June 12, 2025, as Doc. No. 165) and also the Order denying Autoscribe Corporation's Motion to Amend Its Disclosure of Asserted Claims and Infringement Contentions and Motion to Amend Its Complaint (said Order entered as on March 19, 2026, as Doc. No. 193).

1

Dated: May 8, 2026

Respectfully submitted,

*/s/ Jason McManis*
Jason McManis
Texas Bar No.: 24088032
Colin Phillips
Texas Bar No.: 24105937
Chun Deng
Texas Bar No.: 24133178
Thomas DelRosario
Texas Bar No.: 24110645
Sean Healey
Texas Bar.: 24142997
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101 (Tel)
(713) 655-1101 (Fax)
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
tdelrosario@azalaw.com
shealey@azalaw.com

David S. Moreland
State Bar No.: 521998
Miller & Martin PLLC
1180 W. Peachtree St Nw, Ste 2100
Atlanta, GA 30309
(404) 962-6412 (Tel)
(404) 962-6347 (Fax)
david.moreland@millermartin.com

**Attorneys for Autoscribe Corporation**

2

## <u>CERTIFICATE OF SERVICE & COMPLIANCE</u>

The undersigned hereby certifies that on May 8, 2026, a copy of the foregoing and attachments thereto were served via the Court's ECF system on all counsel of record in this matter.

Pursuant to Local Rule 7.1(D), counsel for Plaintiff Autoscribe Corporation certifies that the foregoing was prepared in 14-point Times New Roman font and otherwise conforms to the requirements of Local Rule 5.1.

*/s/ Jason McManis*
Jason McManis
