# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

AUTOSCRIBE CORPORATION §
§
§
Plaintiff, §     Case No.: 1:24-cv-04282-SCJ
§
v. §     JURY TRIAL DEMANDED
§
M&A VENTURES, LLC §
§
Defendant. §

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Having resolved their dispute, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

Plaintiff Autoscribe Corporation and Defendant M&A Ventures, LLC hereby jointly

stipulate to the dismissal with prejudice of all claims asserted in the above-styled

action. Each party shall bear its own attorneys' fees and costs.

Dated: July 2, 2026

Respectfully submitted,

*/s/ Jason McManis*

Jason McManis
Texas Bar No.: 24088032
Colin Phillips
Texas Bar No.: 24105937
Chun Deng
Texas Bar No.: 24133178
Thomas DelRosario
Texas Bar No.: 24110645
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101 (Tel)
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
tdelrosario@azalaw.com

David S. Moreland
State Bar No.: 521998
Miller & Martin PLLC
1180 W. Peachtree St Nw, Ste 2100
Atlanta, GA 30309
(404) 962-6412 (Tel)
david.moreland@millermartin.com

*/s/ David Harper*

Richard Miller
Georgia Bar No. 065257
Alan White
Georgia Bar No. 410546
Ballard Spahr LLP
999 Peachtree Street NE, Suite 1600
Atlanta, Georgia 30062
Telephone: 678-420-9340
Email: millerrw@ballardspahr.com
          whiteda@ballardspahr.com

David H. Harper (*pro hac vice*)
Texas Bar No. 09025540
david.harper@haynesboone.com
Stephanie N. Sivinski (*pro hac vice*)
Texas Bar No. 24075080
stephanie.sivinski@haynesboone.com
Marron E. Frith (*pro hac vice*)
TX Bar No. 24137884
marron.frith@haynesboone.com
Jamie Raju (*pro hac vice*)
TX Bar No. 24095717
jamie.raju@haynesboone.com
Barry Zhang *(pro hac vice)*
NY Bar No. 5941810
Barry.zhang@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street
Suite 2300
Dallas, Texas 75201
(214) 651-5000 (telephone)
(214) 200-0615 (fax)

**COUNSEL FOR PLAINTIFF AUTOSCRIBE CORPORATION**

**COUNSEL FOR DEFENDANT M&A VENTURES, LLC**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Autoscribe and counsel for M&A have conferred via email and the Parties agree to file this motion jointly.

*/s/ Jason McManis*
Jason McManis

## **CERTIFICATE OF SERVICE & COMPLIANCE**

The undersigned hereby certifies that on July 2, 2026, a copy of the foregoing was served via the Court's ECF system on all counsel of record in this matter.

Pursuant to Local Rule 7.1(D), counsel for Plaintiff Autoscribe Corporation certifies that the foregoing was prepared in 14-point Times New Roman font and otherwise conforms to the requirements of Local Rule 5.1.

*/s/ Jason McManis*
Jason McManis