### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

AUTOSCRIBE CORPORATION,

   Plaintiff,

v.

M&A VENTURES, LLC,

   Defendant.

CIVIL ACTION FILE

No. 1:24-CV-04282-SCJ

### ORDER

Having read and considered the Parties' Stipulation of Dismissal (Doc. No. [210]) in which they state that they have "resolved their dispute," the Clerk is **DIRECTED** to administratively terminate all pending motions for statistical purposes. This case remains closed.

**IT IS SO ORDERED** this 16th day of July, 2026.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**